JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT MAGALLANES and MARCELLO MAGALLANES,<br><br>Plaintiff,<br><br>v.<br><br>PILLAR HOTELS AND RESORTS GEN-PAR, L.L.C.; PILLAR HOTELS AND RESORTS, L.P.; INTERMOUNTAIN MANAGEMENT, L.L.C.; KELLY GARCIA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV12-1872 JAK (PJWx)<br><br>**[PROPOSED] ORDER REMANDING CASE TO STATE COURT**<br><br>Complaint Filed: January 31, 2012<br>Trial Date: None<br>Dist. Judge: Hon. John A. Kronstadt |

12395762_1.DOC

Case No. CV12-1872 JAK (PJWx)
[PROPOSED] ORDER REMANDING CASE TO STATE COURT

## **ORDER**

Having read and considered the Joint Stipulation Remanding Case to State Court filed by the Parties, and GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. Based on the Parties' stipulation, the above-referenced action (Case No. CV12-1872 JAK (PJWx)) is hereby remanded to the Superior Court for the State of California, County of Los Angeles, Case No. BC477037.

2. The Court acknowledges that Plaintiffs have taken off calendar their pending Motion for Remand and request for attorneys' fees, which was set for hearing on June 4, 2012.

3. The Court acknowledges that Defendants have taken off calendar their pending Motion to Dismiss, which was set for hearing on June 4, 2012.

4. All pending hearings and deadlines are vacated.

IT IS SO ORDERED.

Dated: May 18, 2012

_____
The Honorable John A. Kronstadt